

## LAW OFFICES OF
## STEPHANIE M. CARVLIN, ESQ.
111 BROADWAY, SUITE 701
NEW YORK, NEW YORK  10006

STEPHANIE M. CARVLIN, ESQ.
BRYAN HA, ESQ.

OF COUNSEL
ALLAN P. HABER, ESQ.
GEORGES G. LEDERMAN, ESQ.

TELEPHONE: 212-748-1636
TELECOPIER: 212-374-1506
E-MAIL: CARVLIN@HOTMAIL.COM

July 30, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08
```

Honorable Harold Baer
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

Re: <u>United States v. Valdez-Cruqui, et al.</u>
    S1 08 cr. 442 (HB)

Dear Judge Baer:

    I am counsel assigned pursuant to the Criminal Justice Act Plan to represent Diorys Acosta-Cabral, one of the defendants in the above-captioned case pending before you. I write pursuant to Section X of the CJA Plan to request permission to hire a psychologist to evaluate Ms. Acosta-Cabral. Because this letter discloses potential defense strategy, I am making this request *ex parte* as permitted by the CJA plan.

    Ms. Acosta-Cabral is charged with intentionally and knowingly permitting her co-defendant, Fausto Roberto Valdez-Cruqui, to use her apartment to store and distribute cocaine. The case is scheduled for trial on September 22, 2008. After meeting with Ms. Acosta-Cabral on several occasions over the past seven months and becoming familiar with her background, I believe that she may have lacked the psychological capacity to resist Mr. Valdez-Cruqui. I need to have a psychologist determine whether I am correct in order to decide whether I can present a defense that Ms. Acosta-Cabral lacked the intent necessary to commit the crime. Additionally, should Ms. Acosta-Cabral plead guilty to the charges or be convicted at trial, I anticipate that I would submit the psychologist's report to Your Honor as bearing on the appropriate sentence.

I propose hiring Dr. Cheryl Paradis, a licensed psychologist. Dr. Paradis works at Kings County Hospital as a psychologist. She also is employed by Marymount Manhattan College, teaching psychology course to undergraduate students who are specializing in forensic psychology. She has experience in diagnosing and treating post-traumatic stress disorder. Dr. Paradis has published extensively, and she has been retained as an expert by the government in this district. Finally, I retained Dr. Paradis in another case and found her work to be excellent. I have enclosed a copy of her curriculum vitae for your review.

Dr. Paradis charges an hourly rate of $250, and she anticipates that the evaluation would cost $2,250, earned as follows: .5 hours to review records, 3 hours to meet with the client and administer any necessary tests, 1 hour to score the tests, .5 hours to confer with me and 4 hours to prepare a report. Ms. Acosta-Cabral is financially unable to pay for these services herself. I am enclosing a CJA form 21 (Authorization and Voucher for Expert and Other Services) for your signature should you grant this application.

I affirm under the penalty of perjury, as required by Section X of the CJA Act, that the foregoing statements are true to the best of my knowledge.

Respectfully submitted,

[signature]

Please understand that while I approve this examination – it + the report must be available to the court + the AUSA unless otherwise ordered to the court at least a week in advance of trial

SO ORDERED
Harold Baer, Jr., U.S.D.J.
8/5/08

Endorsement:

    Please understand that while I approve this examination it and the report must be available to the Court and unless otherwise ordered to the AUSA at least a week in advance of trial.

| 1. CIR./DIST./DIV. CODE 2d SDNY | 2. PERSON REPRESENTED Diorys Acosta-Cabrales | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG DKT./DEF NUMBER | 4. DIST. DKT./DEF NUMBER 08 cr. 442 (HB) | | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) US v. Valdez-Cruqui | 8. PAYMENT CATEGORY ☑ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | | 9. TYPE PERSON REPRESENTED ☑ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) CC | |

11. OFFENSE(S) CHARGED (Cite U S Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request
☐ Authorization to obtain the service. Estimated Compensation and Expenses $ 2,250.00 OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act (Note Prior authorization should be obtained for services in excess of $500, excluding expenses)

Signature of Attorney _[signed]_   Date 7/30/2008

☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Stephanie M. Carvlin, 111 Broadway, Suite 701
New York, NY 10096

Telephone Number (212) 748-1636

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)

Psychological evaluation of client for possible defense at trial and for sentencing to address 3553(a) factors.

_[handwritten] $2250.00_

14. TYPE OF SERVICE PROVIDER

| | | | | | |
|---|---|---|---|---|---|
| 01 | ☐ Investigator | | 15 | ☐ Other Medical |
| 02 | ☐ Interpreter/Translator | | 16 | ☐ Voice/Audio Analyst |
| 03 | ☑ Psychologist | | 17 | ☐ Hair/Fiber Expert |
| 04 | ☐ Psychiatrist | | 18 | ☐ Computer (Hardware/Software/Systems) |
| 05 | ☐ Polygraph | | | |
| 06 | ☐ Documents Examiner | | 19 | ☐ Paralegal Services |
| 07 | ☐ Fingerprint Analyst | | 20 | ☐ Legal Analyst/Consultant |
| 08 | ☐ Accountant | | 21 | ☐ Jury Consultant |
| 09 | ☐ CALR (Westlaw/Lexis, etc ) | | 22 | ☐ Mitigation Specialist |
| 10 | ☐ Chemist/Toxicologist | | 23 | ☐ Duplication Services (See Instructions) |
| 11 | ☐ Ballistics | | | |
| 13 | ☐ Weapons/Firearms/Explosive Expert | | 24 | ☐ Other (Specify) |
| 14 | ☐ Pathologist/Medical Examiner | | | |

15. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judge or By Order of the Court _[signed]_

Date of Order 8/5/08   Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization
☐ YES  ☐ NO

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16 | SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|
| a | Compensation | | | |
| b | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c | Other Expenses | | | |
| | **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $0.00 | $0.00 | |

17. PAYEE'S NAME AND MAILING ADDRESS

Dr. Cheryl Paradis
P.O. Box 050-145, Pratt Station, Brooklyn, NY 11205

TIN _____
Telephone Number (718) 624-4281

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services

Signature of Claimant/Payee _____   Date _____

18. CERTIFICATION OF ATTORNEY   I hereby certify that the services were rendered for this case

Signature of Attorney _____   Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED $0.00 |
|---|---|---|---|

23. ☐ Either the cost (excluding expenses) of these services does not exceed $500, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $500

Signature of Presiding Judge _____   Date _____   Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED $0.00 |
|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U S C § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____   Date _____   Judge Code _____